# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 26, 2014

Sheryl L. Loesch
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 13-14590-EE
Case Style: Earl Graham v. R.J. Reynolds Tobacco Company, et al
District Court Docket No: 3:09-cv-13602-MMH-JBT

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 01/31/2014.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

_____

No. 13-14590-EE

_____

EARL E. GRAHAM,
as PR of Faye Dale Graham, deceased,

                              Plaintiff - Appellee,

versus

R.J. REYNOLDS TOBACCO COMPANY,
individually and as successor by merger to the Brown and
Williamson Tobacco Corporation and The American Tobacco
Company,
PHILIP MORRIS USA, INC.,

                              Defendants - Appellants,

LORILLARD TOBACCO COMPANY, et al.,

                              Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Philip Morris USA, Inc. and R.J. Reynolds Tobacco Company failed to file an appendix within the time fixed by the rules, effective February 26, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Lois Tunstall, EE, Deputy Clerk

FOR THE COURT - BY DIRECTION