**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THERESA GRAHAM, as Personal
Representative of the Estate of Faye
Dale Graham, deceased,

    Plaintiff,

v.                                             Case No. 3:09-cv-13602-J-34JBT

R.J. REYNOLDS TOBACCO COMPANY,
et al.,

    Defendants.

---

## O R D E R

**THIS CAUSE** is before the Court on Defendant Philip Morris USA Inc.'s Unopposed Motion to Release Bond [DE 298] and Return Bond With Notation that Bond has Been Cancelled (Dkt. No. 325; Motion) filed on January 23, 2018. In the Motion, Defendant Philip Morris USA Inc. ("PM USA") seeks an Order releasing the bond and directing the Clerk to return it to counsel with a note that the bond has been cancelled. See Motion at 1. PM USA represents to the Court that opposing counsel does not object to the relief requested in the Motion. See id. at 3. After due consideration, it is

**ORDERED:**

1. Defendant Philip Morris USA Inc.'s Unopposed Motion to Release Bond [DE 298] and Return Bond With Notation that Bond has Been Cancelled (Dkt. No. 325) is **GRANTED**.

2. The Clerk of the Court is directed to note that Bond No. 105981792 (Dkt. No. 298) has been cancelled and return it to counsel for PM USA.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of January, 2018.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record